Case 1:15-cv-00543-JFB-SRF   Document 31   Filed 03/03/16   Page 1 of 2 PageID #: 771

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15–543–SLR–SRF |
| | ) | |
| HTC INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c) AND MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(f).

Plaintiff hereby moves for Judgement on the Pleadings as to Defendants HTC Corporation and HTC America, Inc.'s (collectively "HTC") Eleventh Counterclaim, and moves to strike as to HTC's Fourth, Fifth, Six, and Seventh Affirmative Defenses. The grounds for this Motion are set forth in Plaintiff's brief filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that the Court enter Judgment on the Pleadings as to Defendants' Eleventh Counterclaim and strike Defendants' Fourth, Fifth, Six, and Seventh Affirmative Defenses.

| | |
|---|---|
| Dated: March 3, 2016 | Respectfully submitted, |
| | |
| | FARNAN LLP |
| | |
| | /s/ Brian E. Farnan |
| | Brian E. Farnan (Bar No. 4089) |
| | 919 N. Market Street, 12th Floor |
| | Wilmington, Delaware 19801 |
| | (302) 777-0300 |
| | (302) 777-0301 |
| | bfarnan@farnanlaw.com |
| | |
| | Christopher K. Larus (admitted *pro hac vice*) |
| | Ryan M. Schultz (admitted *pro hac vice*) |
| | Andrew D. Hedden (admitted *pro hac vice*) |

Benjamen C. Linden (admitted *pro hac vice*)
Ryan E. Dornberger (admitted *pro hac vice*)
Anthony F. Schlehuber (admitted *pro hac vice*)
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
clarus@robinskaplan.com
rschultz@robinskaplan.com
ahedden@robinskaplan.com
blinden@robinskaplan.com
rdornberger@robinskaplan.com
aschlehuber@robinskaplan.com

Andrea L. Gothing (admitted *pro hac vice*)
Robins Kaplan LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
agothing@robinskaplan.com

**Counsel For Plaintiff Evolved Wireless, LLC**