**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>                          Plaintiff,<br>   v.<br><br>HTC CORPORATION, and HTC<br>AMERICA, INC.,<br><br>                          Defendants. | C.A. No.15-cv-543-SLR-SRF<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR TELECONFERENCE TO RESOLVE
DISCOVERY DISPUTES**

Plaintiff and Defendants respectfully move this Court to schedule a teleconference to address outstanding disputes regarding discovery matters.

In light of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order Regarding Discovery Matters during a teleconference currently set for August 11, 2016 at 11 a.m.

| | |
|---|---|
| Dated: June 22, 2016 | Respectfully submitted, |
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300 (Telephone)<br>(302) 777-0301 (Facsimile)<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Counsel for Plaintiff* | /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Counsel for Defendants HTC Corporation and HTC America, Inc.* |