# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>APPLE INC.,<br><br>   Defendant. | C.A. No. 15-542-SLR |
| EVOLVED WIRELESS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>HTC CORPORATION and<br>HTC AMERICA, INC.,<br><br>   Defendants. | C.A. No. 15-543-SLR |
| EVOLVED WIRELESS, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>LENOVO GROUP LTD.,<br>LENOVO (U.S.) INC., and<br>MOTOROLA MOBILITY,<br><br>   Defendants. | C.A. No. 15-544-SLR |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., and<br>SAMSUNG ELECTRONICS AMERICA,<br><br>　　　　Defendants. | C.A. No. 15-545-SLR |
| EVOLVED WIRELESS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZTE (USA) INC.,<br><br>　　　　Defendant. | C.A. No. 15-546-SLR |
| EVOLVED WIRELESS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br>MICROSOFT MOBILE OY, and<br>NOKIA INC.,<br><br>　　　　Defendants. | C.A. No. 15-547-SLR |

## **DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Apple Inc., HTC Corporation, HTC America, Inc., Lenovo Group Ltd., Lenovo (United States) Inc., Motorola Mobility, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., ZTE (USA), Inc., Microsoft Corp., Microsoft Mobile Oy, and

Microsoft Mobile Inc. (f/k/a Nokia Inc.) (collectively, "Defendants"), by and through their undersigned attorneys, hereby move for an order for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) finding the claims of U.S. Patent No. 7,746,916 ("the '916 Patent") and U.S. Patent No. 8,218,481 ("the '481 Patent") patent ineligible under 35 U.S.C. §101.

      The grounds for this motion are set forth fully in Defendants' Opening Brief filed contemporaneously herewith.

Dated: August 10, 2016

POTTER ANDERSON & CORROON LLP

OF COUNSEL:
Michael D. Jay
Bill Ward
Joseph E. Lasher
Nandan Padmanabhan
BOIES, SCHILLER & FLEXNER LLP
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Tel: (310) 752-2400

Steven C. Holtzman
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Tel: (510) 874-1000

By:  */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Counsel for Defendant Apple Inc.*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:
Stephen S. Korniczky
Martin R. Bader
Ericka J. Schulz
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
12275 El Camino Real
Suite 200
San Diego, CA 92130
(858) 720-8900

By:  /s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951 Wilmington, Delaware 19899
(302) 984-6000

*Counsel for Defendants HTC Corporation and HTC America, Inc.*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:
Mitchell G. Stockwell
Richard W. Goldstucker
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Tel: (404) 815-6500

Taylor H. Ludlam
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1700

By:  */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Counsel for Defendants Lenovo Group Ltd., Lenovo*

Akarsh P. Belagodu
KILPATRICK TOWNSEND & STOCKTON LLP
607 14th Street, NW, Suite 900
Washington, DC 20005
Tel: (202) 508-5800

*(United States) Inc., and Motorola Mobility.*

OF COUNSEL:
Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
Charles M. Stiernberg
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5100

SHAW KELLER LLP

By:   */s/ Andrew E. Russell*
       John W. Shaw (No. 3362)
       Karen E. Keller (No. 4489)
       Andrew E. Russell (No. 5382)
       David M. Fry (No. 5486)
       300 Delaware Avenue, Suite 1120
       Wilmington, DE 19801
       (302) 298-0700
       jshaw@shawkeller.com

*Counsel for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

OF COUNSEL:
Jay H. Reiziss
Natalie A. Bennett
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

Charles M. McMahon
Hersh H. Mehta
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000

RICHARDS, LAYTON & FINGER, P.A.

By:   */s/ Travis S. Hunter*
       Kelly E. Farnan (#4395)
       Farnan@rlf.com
       Travis S. Hunter (#5350)
       Hunter@rlf.com
       920 N. King Street
       Wilmington, Delaware 19801
       (302) 651-7700

*Counsel for Defendant ZTE (USA) Inc.*

OF COUNSEL:
Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Ellen S. Robbins
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:   */s/ Rodger D. Smith II*
       Rodger D. Smith II (#3778)
       Jeremy A. Tigan (#5239)
       1201 North Market Street
       P.O. Box 1347
       Wilmington, DE 19801
       (302) 658-9200
       rsmith@mnat.com
       jtigan@mnat.com

*Counsel for Microsoft Corp., Microsoft Mobile Oy,*

(213) 896-6000 *and Microsoft Mobile Inc. (f/k/a Nokia Inc.)*

Joseph A. Micallef
Anna M. Weinberg
Wonjoo Suh
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000