IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>HTC CORPORATION, and HTC AMERICA, INC.,<br><br>      Defendants. | Civil Action No. 15-543-SLR-SRF |

**ORDER**

At Wilmington this 11th day of August, 2016.

WHEREAS, plaintiff Evolved Wireless, LLC ("Evolved") has made a discovery request upon defendants HTC Corporation and HTC America, Inc. ("HTC") for the production of a certain license agreement between HTC and a third-party to this litigation, Nokia Corporation ("Nokia") (D.I. 72, Ex. B);

WHEREAS, the parties agree that said license agreement is relevant to the claims or defenses in this litigation; and

WHEREAS, HTC indicates that, pursuant to the agreement, consent is needed from Nokia before it may produce that agreement (D.I. 73);

THEREFORE, it is HEREBY ORDERED that:

(1) If it elects to do so, Nokia may submit a statement to HTC's counsel, by no later than **September 7, 2016,** indicating whether it objects to the production of said license agreement and, to the extent it objects, providing the written grounds for its objections. If no submission is provided to HTC's counsel by this date, the court will consider there to be no objection to the production of said license agreement, and will order HTC to produce the agreement to Evolved

under the "CONFIDENTIAL OUTSIDE COUNSEL ONLY" designation pursuant to the provisions of the protective order governing this case.

(2) HTC's counsel shall submit a statement to the court, by no later than **September 9, 2016**, indicating if Nokia has provided a submission and, if so, producing that submission to the court.

(3) HTC's counsel shall provide a written copy of this Order to a representative of Nokia.

_____
Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE