## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 15-542-SLR |
| APPLE INC., | ) |
| Defendant. | ) |

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 15-543-SLR |
| HTC CORPORATION and HTC AMERICA, INC., | ) |
| Defendants. | ) |

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 15-544-SLR |
| LENOVO GROUP LTD., LEVONO (UNITED STATES) INC., and MOTOROLA MOBILITY, | ) |
| Defendants. | ) |

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 15-545-SLR |
| SAMSUNG ELECTRONICS CO., and SAMSUNG ELECTRONICS AMERICA, | ) |
| Defendants. | ) |

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 15-546-SLR |
| ZTE (USA) INC., | ) |
| Defendant. | ) |

EVOLVED WIRELESS, LLC,  )
      Plaintiff,  )
            )
    v.  )  Civ. No. 15-547-SLR
MICROSOFT CORPORATION,  )
MICROSOFT MOBILE OY, and  )
NOKIA INC.,  )
      Defendants.  )

## ORDER

At Wilmington this ⅌ day of October 2016, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motions for judgment on the pleadings are denied. Corresponding motions in the above captioned cases are: Civ. No. 15-542, D.I. 71; Civ. No. 15-543, D.I. 74; Civ. No. 15-544, D.I. 66; Civ. No. 15-545, D.I. 85; Civ. No. 15-546, D.I. 73; Civ. No. 15-547, D.I. 72.

 

_____
UNITED STATES DISTRICT JUDGE