**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-542-SLR-SRF |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-543-SLR-SRF |
| | ) | |
| HTC CORPORATION and | ) | |
| HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-544-SLR-SRF |
| | ) | |
| LENOVO GROUP LTD., | ) | |
| LENOVO (UNITED STATES) INC., and | ) | |
| MOTOROLA MOBILITY, | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-545-SLR-SRF |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. | ) | |
| and SAMSUNG ELECTRONICS | ) | |
| AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-546-SLR-SRF |
| | ) | |
| ZTE (USA) INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 15-547-SLR-SRF |
| MICROSOFT CORPORATION, | ) | |
| MICROSOFT MOBILE OY and | ) | |
| NOKIA INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that, prior to 6:00 p.m., on January 17, 2017, the following

document was served on the following counsel of record at the addresses and in the manner

indicated:

DEFENDANTS' SECOND SET OF COMMON INTERROGATORIES
TO PLAINTIFF EVOLVED WIRELESS, LLC

## BY EMAIL

Brian E. Farnan
Michael J. Farnan
Farnan LLP
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Evolved Wireless, LLC*

Christopher K. Larus
Ryan M. Schultz
Andrew D. Hedden
Benjamen C. Linden
Ryan E. Dornberger
Anthony F. Schlehuber
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
clarus@robinskaplan.com
rschultz@robinskaplan.com
ahedden@robinskaplan.com
blinden@robinskaplan.com
rdornberger@robinskaplan.com
aschlehuber@robinskaplan.com

Andrea L. Gothing
Robins Kaplan LLP
2440 W. El Camino Real, Suite 100
Mountain View, California 94040
agothing@robinskaplan.com

*Attorneys for Plaintiff Evolved Wireless, LLC*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Stephen S. Korniczky
Martin R. Bader
Ericka Schulz
Nam H. Kim
Kayla E. Page
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
12275 El Camino Real
Suite 200
San Diego, CA 92130
(858) 720-8900

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendants HTC Corporation and
HTC America, Inc.*

Dated:  January 17, 2017
1242329