**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15–cv-542–JFB-SRF |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15–cv-543–JFB-SRF |
| | ) | |
| HTC CORPORATION and HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15–cv-544–JFB-SRF |
| | ) | |
| LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY, | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15–cv-545–JFB-SRF |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,           )<br>                                                       )<br>               Plaintiff,                      )<br>                                                       )<br>         v.                                         )<br>                                                       )<br> ZTE (USA) INC.,                           )<br>                                                       )<br>               Defendant.                   )<br>                                                       )<br>                                                       ) | C.A. No. 15–cv-546–JFB-SRF |

**PLAINTIFF EVOLVED WIRELESS, LLC'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Evolved Wireless, LLC hereby moves for summary judgment of Defendants' affirmative defenses and/or counterclaims, including:

(1) counterclaims and affirmative defenses asserting U.S. Patent No. 7,809,373 is invalid (Apple's Eighth Counterclaim, Apple's Third Affirmative Defense, HTC's Sixth Counterclaim, HTC's Third Affirmative Defense, Lenovo's Third, Fourth, Fifth, and Sixth Affirmative Defenses, Samsung's First Counterclaim, Samsung's Second Affirmative Defense, ZTE's Sixth Counterclaim, and ZTE's Second Affirmative Defense);

(2) counterclaims and affirmative defenses asserting breach of FRAND obligations (Apple's Eleventh Counterclaim, Apple's Fourth Affirmative Defense, Apple's Fifth Affirmative Defense, Apple's Sixth Affirmative Defense, HTC's Eleventh Counterclaim, HTC's Fourth Affirmative Defense, HTC's Fifth Affirmative Defense, HTC's Sixth Affirmative Defense, Samsung's Second Counterclaim, Samsung's Fifth Affirmative Defense, Samsung's Sixth Affirmative Defense, and ZTE's Eleventh Affirmative Defense);

(3) counterclaims and affirmative defenses related to ownership of the Asserted Patents

or standing (HTC's Twelfth Affirmative Defense, Lenovo's Fourteenth Affirmative Defense and ZTE's Sixth Affirmative Defense, ZTE's Seventh Affirmative Defenses); and

(4) counterclaims and affirmative defenses asserting patent exhaustion and/or license to the Asserted Patents (Apple's Sixth Affirmative Defense, Apple's Seventh Affirmative Defense, HTC's Sixth Affirmative Defense, HTC's Seventh Affirmative Defense, Lenovo's Thirteenth Affirmative Defense, Microsoft's Tenth Affirmative Defense, Samsung's Seventh Affirmative Defense, and ZTE's Third Affirmative Defense).

Pursuant to the Stipulation to Amend Scheduling Order entered by the Court on March 17, 2017, the grounds for this Motion will be set forth in Plaintiff's forthcoming combined opening-answering brief and supporting papers.

Dated: August 31, 2017

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

Christopher K. Larus (admitted *pro hac vice*)
Marla R. Butler (admitted *pro hac vice*)
Ryan M. Schultz (admitted *pro hac vice*)
Andrew D. Hedden (admitted *pro hac vice*)
Benjamen C. Linden (admitted *pro hac vice*)
Ryan E. Dornberger (admitted *pro hac vice*)
Anthony F. Schlehuber (admitted *pro hac vice*)
Rajin S. Olson (admitted *pro hac vice*)
ROBINS KAPLAN LLP

800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
clarus@robinskaplan.com
mbutler@robinskaplan.com
rschultz@robinskaplan.com
ahedden@robinskaplan.com
blinden@robinskaplan.com
rdornberger@robinskaplan.com
aschlehuber@robinskaplan.com
rolson@robinskaplan.com

Andrea L. Gothing (admitted *pro hac vice*)
ROBINS KAPLAN LLP
2440 W. El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
agothing@robinskaplan.com

Annie Huang (admitted *pro hac vice*)
ROBINS KAPLAN LLP
399 Park Ave, Suite 3600
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
ahuang@robinskaplan.com

**Counsel For Plaintiff Evolved Wireless, LLC**