IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-542-JFB-SRF |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-543-JFB-SRF |
| | ) | |
| HTC CORPORATION and HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-544-JFB-SRF |
| | ) | |
| LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants. | C.A. No. 15-545-JFB-SRF |
| EVOLVED WIRELESS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZTE CORPORATION, ZTE (USA) INC., and ZTE SOLUTIONS INC.,<br><br>　　　　　Defendants. | C.A. No. 15-546-JFB-SRF |
| EVOLVED WIRELESS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION, MICROSOFT MOBILE OY, and NOKIA INC.,<br><br>　　　　　Defendants. | C.A. No. 15-547-JFB-SRF |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Apple Inc., HTC Corporation, HTC America, Inc., Lenovo (United States) Inc., Motorola Mobility LLC, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., ZTE (USA) Inc., Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.) (collectively,

2

"Defendants") move for summary judgment of non-infringement as to the asserted claims of U.S. Patent Nos. 7,809,373 and 7,881,236.  The grounds for this motion will be fully set forth in Defendants' Opening Brief in Support of Their Motion for Summary Judgment, to be filed on October 6, 2017, pursuant to ¶ 8(c)(2) of the amended Scheduling Order in this action.  (*See* C.A. No. 15-545-JFB-SRF, D.I. 127 (scheduling order); *id.*, D.I. 165 (stipulation amending scheduling order)).

| | |
|---|---|
| | */s/ Philip A. Rovner* |
| OF COUNSEL: | Philip A. Rovner (No. 3215) |
| Stephen S. Korniczky | Jonathan A. Choa (No. 5319) |
| Martin R. Bader | POTTER ANDERSON & CORROON LLP |
| Ericka J. Schulz | Hercules Plaza, 6th Floor |
| Kayla Page | 1313 N. Market Street |
| SHEPPARD, MULLIN, RICHTER & | Wilmington, DE 19801 |
|    HAMPTON, LLP | (302) 984-6000 |
| 12275 El Camino Real, Suite 200 | provner@potteranderson.com |
| San Diego, CA 92130 | jchoa@potteranderson.com |
| (858) 720-8900 | *Attorneys for Defendants HTC Corporation and HTC America, Inc.* |

| | |
|---|---|
| OF COUNSEL:<br>Mitchell G. Stockwell<br>Richard W. Goldstucker<br>KILPATRICK TOWNSEND AND<br>   STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>(404) 815-6500<br><br>Taylor H. Ludlam<br>KILPATRICK TOWNSEND AND<br>   STOCKTON LLP<br>4208 Six Forks Road, Suite 1400<br>Raleigh, NC 27609<br>(919) 420-1700<br><br>Akarsh P. Belagodu<br>KILPATRICK TOWNSEND AND<br>   STOCKTON LLP<br>607 14th Street, NW, Suite 900<br>Washington, DC 20005<br>(202) 508-5800 | */s/ David E. Moore*<br>David E. Moore (No. 3983)<br>Bindu A. Palapura (No. 5370)<br>Stephanie E. O'Byrne (No. 4446)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br>*Attorneys for Defendants Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility LLC* |
| OF COUNSEL:<br>Michael D. Jay<br>Bill Ward, Ph.D.<br>Nandan R. Padmanabhan<br>Micol Small<br>Martin Ellison<br>BOIES, SCHILLER & FLEXNER LLP<br>401 Wilshire Blvd., Suite 850<br>Santa Monica, CA 90401<br>(310) 752-2400<br><br>Steven Holtzman<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>(510) 874-1000 | */s/ David E. Moore*<br>David E. Moore (No. 3983)<br>Bindu A. Palapura (No. 5370)<br>Stephanie E. O'Byrne (No. 4446)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br>*Attorneys for Defendant Apple, Inc.* |

| | |
|---|---|
| OF COUNSEL:<br>Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Todd M. Briggs<br>Charles M. Stiernberg<br>QUINN EMANUEL URQUHART &<br>    SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>(650) 801-5100 | */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>arussell@shawkeller.com<br>*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| OF COUNSEL:<br>Jay H. Reiziss<br>Natalie A. Bennett<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, N.W.<br>Washington, DC 20001<br>(202) 756-8000<br><br>Charles M. McMahon<br>Hersh H. Mehta<br>MCDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>(312) 372-2000 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (No. 4395)<br>Travis S. Hunter (No. 5350)<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>hunter@rlf.com<br>*Attorneys for Defendant ZTE (USA) Inc.* |
| OF COUNSEL:<br>Richard A. Cederoth<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br><br>Ellen S. Robbins<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>(213) 896-6000<br><br>Joseph A. Micallef<br>Anna M. Weinberg<br>Wonjoo Suh<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>(202) 736-8000 | */s/ Rodger D. Smith II*<br>Rodger D. Smith II (No. 3778)<br>Jeremy A. Tigan (No. 5239)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>rsmith@mnat.com<br>jtigan@mnat.com<br>*Attorneys for Defendants Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.)*<br><br><br>Dated: August 31, 2017 |