**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-543-JFB-SRF |
| ) | |
| HTC CORPORATION, and HTC ) | **JURY TRIAL DEMANDED** |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

**HTC'S MOTION FOR PARTIAL SUMMARY JUDGEMENT OF NO WILLFUL
INFRINGEMENT, NO PRE-SUIT INDIRECT INFRINGEMENT, AND
<u>NO PRE-SUIT DAMAGES</u>**

Pursuant to Federal Rule of Civil Procedure 56, Defendants HTC Corporation and HTC America, Inc. move for partial summary judgement of no willful infringement, no pre-suit indirect infringement, and no pre-suit damages as to the asserted claims of U.S. Patent Nos. 7,809,373 and 7,881,236.  The grounds for this Motion will be fully set forth in HTC's Opening Brief in Support of Its Motion for Partial Summary Judgment filed concurrently herewith.

| | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | |
| | By: */s/ Philip A. Rovner* |
| Stephen S. Korniczky | Philip A. Rovner (#3215) |
| Martin R. Bader | Jonathan A. Choa (#5319) |
| Ericka Schulz | Hercules Plaza |
| Nam H. Kim | P.O. Box 951 |
| Eric K. Gill | Wilmington, DE  19899 |
| SHEPPARD, MULLIN, RICHTER & | (302) 984-6000 |
| HAMPTON, LLP | provner@potteranderson.com |
| 12275 El Camino Real, Suite 200 | jchoa@potteranderson.com |
| San Diego, CA 92130 | |
| (858) 720-8900 | *Attorneys for Defendants* |
| Dated:  August 31, 2017 | *HTC Corporation and HTC America, Inc.* |
| 5380057 | |