IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| Plaintiff, | ) ) | C.A. No. 15-542-JFB-SRF |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| APPLE, INC., | ) ) | **PUBLIC VERSION** |
| Defendant. | ) ) ) | |
| EVOLVED WIRELESS, LLC, | ) ) | |
| Plaintiff, | ) ) | C.A. No. 15-543-JFB-SRF |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| HTC CORPORATION, and HTC AMERICA, INC., | ) ) ) | **PUBLIC VERSION** |
| Defendants. | ) ) ) | |
| EVOLVED WIRELESS, LLC, | ) ) | |
| Plaintiff, | ) ) | C.A. No. 15-544-JFB-SRF |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY LLC, | ) ) ) ) | **PUBLIC VERSION** |
| Defendants. | ) ) ) | |
| EVOLVED WIRELESS, LLC, | ) ) | |
| Plaintiff, | ) ) | C.A. No. 15-545-JFB-SRF |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) | **PUBLIC VERSION** |
| Defendants. | ) | |

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| Plaintiff, | ) C.A. No. 15-546-JFB-SRF |
| v. | ) **JURY TRIAL DEMANDED** |
| ZTE (USA) INC., | ) **PUBLIC VERSION** |
| Defendant. | ) |
| EVOLVED WIRELESS, LLC, | ) |
| Plaintiff, | ) C.A. No. 15-547-JFB-SRF |
| v. | ) **JURY TRIAL DEMANDED** |
| MICROSOFT CORPORATION, MICROSOFT MOBILE OY and NOKIA INC., | ) **PUBLIC VERSION** |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF ▮▮▮▮▮▮▮▮ WITH RESPECT TO U.S. PATENT NO. 7,809,373**

Defendants Apple Inc., HTC Corporation, HTC America, Inc., Lenovo (United States) Inc., Motorola Mobility LLC, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., ZTE (USA) Inc., Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.) (collectively, "Defendants") hereby respectfully move pursuant to Federal Rule of Civil Procedure 56 for summary judgment that Evolved Wireless LLC's ("Evolved") infringement claims as to the U.S. Patent No. 7,809,373 are barred with respect to Defendants' accused products ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ The grounds for Defendants' motion are fully set forth in an opening brief filed concurrently with this motion.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Michael D. Jay<br>Bill Ward, Ph.D.<br>Nandan R. Padmanabhan<br>Micol Small<br>Martin Ellison<br>BOIES, SCHILLER & FLEXNER LLP<br>401 Wilshire Blvd., Suite 850<br>Santa Monica, CA 90401<br>Tel: (310) 752-2400<br><br>Steven Holtzman<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Tel: (510) 874 1000 | By: /s/ David E. Moore<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Counsel for Defendant Apple Inc.* |

| | |
|---|---|
| OF COUNSEL:<br><br>Stephen S. Korniczky<br>Martin R. Bader<br>SHEPPARD, MULLIN, RICHTER &<br>   HAMPTON, LLP<br>12275 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Tel: (858) 720-8900 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com<br><br>*Counsel for Defendants HTC Corporation and HTC America, Inc.* |
| OF COUNSEL:<br><br>Mitchell G. Stockwell<br>Richard W. Goldstucker<br>Shayne E. O'Reilly<br>KILPATRICK TOWNSEND AND STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309<br>Tel: (404) 815-6500<br><br>Taylor H. Ludlam<br>KILPATRICK TOWNSEND AND STOCKTON LLP<br>4208 Six Forks Road, Suite 1400<br>Raleigh, NC 27609<br>Tel: (919) 420-1700 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>*Counsel for Defendants Lenovo Group Ltd., Lenovo (United States) Inc. and Motorola Mobility LLC* |

OF COUNSEL:

Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
Charles M. Stiernberg
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5100

SHAW KELLER LLP

By: /s/ Andrew E. Russell
 John W. Shaw (#3362)
 Karen E. Keller (#4489)
 Andrew E. Russell (#5382)
 David M. Fry (#5486)
 I.M. Pei Building
 1105 N. Market Street, 12th Floor
 Wilmington, DE 19801
 Tel: (302) 298-0700
 jshaw@shawkeller.com
 kkeller@shawkeller.com
 arussell@shawkeller.com
 dfry@shawkeller.com

*Counsel for Defendants Samsung Electronics Co.,
Ltd. and Samsung Electronics America, Inc.*

OF COUNSEL:

Jay H. Reiziss
Natalie A. Bennett
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, DC 20001
Tel: (202) 756-8000

Charles M. McMahon
Hersh H. Mehta
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
Tel: (312) 372-2000

RICHARDS, LAYTON & FINGER, P.A.

By: /s/ Travis S. Hunter
 Kelly E. Farnan (#4395)
 Travis S. Hunter (#5350)
 920 N. King Street
 Wilmington, Delaware 19801
 Tel: (302) 651-7700
 farnan@rlf.com
 hunter@rlf.com

*Counsel for Defendant ZTE (USA) Inc.*

OF COUNSEL:

Richard A. Cederoth
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000

Ellen S. Robbins
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel: (213) 896-6000

Joseph A. Micallef
Wonjoo Suh
Anna M. Weinberg
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Tel: (202) 736-8000

Dated: August 31, 2017
Public Version Dated: September 7, 2017
5379911 / (42622/42637)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Rodger D. Smith II*
   Rodger D. Smith II (#3778)
   Jeremy A. Tigan (#5239)
   1201 North Market Street
   P.O. Box 1347
   Wilmington, DE 19801
   Tel: (302) 658-9200
   rsmith@mnat.com
   jtigan@mnat.com

*Counsel for Defendants Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.)*