**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | C.A. No. 15-542-JFB-SRF<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION, and HTC AMERICA, INC.,<br><br>Defendants. | C.A. No. 15-543-JFB-SRF<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY LLC,<br><br>Defendants. | C.A. No. 15-544-JFB-SRF<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | C.A. No. 15-545-JFB-SRF<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZTE (USA) INC.,<br><br>Defendant. | ) | C.A. No. 15-546-JFB-SRF<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |
| EVOLVED WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, MICROSOFT MOBILE OY and NOKIA INC.,<br><br>Defendants. | ) | C.A. No. 15-547-JFB-SRF<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |

**DECLARATION OF MICHAEL D. JAY IN SUPPORT OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF [REDACTED] [REDACTED] WITH RESPECT TO U.S. PATENT NO. 7,809,373**

I, Michael D. Jay, declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner, LLP, attorneys for Defendant Apple Inc. ("Apple" or "Defendant") in the above-captioned matter. I submit this declaration in support of Defendants' Opening Brief in support of Motion for Summary Judgement of [REDACTED] with respect to U.S. Patent No. 7,809,373. I have personal knowledge of the facts set forth herein, unless otherwise stated, and if called upon to testify as a witness, I could and would competently testify thereto under oath.

[REDACTED]

[REDACTED]

[REDACTED]



3





15. Attached hereto as Exhibit N is a true and correct copy of an iPad specifications sheet, which begins with Bates number APL-EVOL_000005014 and was produced by Apple.

16. Attached hereto as Exhibit O is a true and correct copy of an iPhone specifications sheet, which begins with Bates number APL-EVOL_000005029 and was produced by Apple.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of August 2017, in Santa Monica, California

/s/ Michael D. Jay
Michael D. Jay