**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15–cv-00542–JFB-SRF |
| ) | |
| APPLE INC., ) | |
| ) | |
| Defendant. ) | |
| EVOLVED WIRELESS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15–cv-00543–JFB-SRF |
| ) | |
| HTC CORPORATION and ) | |
| HTC AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |
| EVOLVED WIRELESS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 15–cv-00544–JFB-SRF |
| LENOVO GROUP LTD., ) | |
| LENOVO (UNITED STATES) INC., and ) | |
| MOTOROLA MOBILITY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| EVOLVED WIRELESS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 15–cv-00545–JFB-SRF |
| SAMSUNG ELECTRONICS CO., LTD. ) | |
| and SAMSUNG ELECTRONICS ) | |
| AMERICA, INC., ) | |
| ) | |
| Defendants. ) | |

|  |  |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | )   C.A. No. 15–cv-00546–JFB-SRF |
| ZTE (USA) INC., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

## JOINT [PROPOSED] STIPULATION REGARDING SUMMARY JUDGMENT BRIEFING

WHEREAS, on November 9, 2015, this Court entered a Scheduling Order setting case deadlines (*See* D.I. 16 in 1:15-cv-00542-JFB, D.I. 16 in 1:15-cv-00543- JFB, D.I. 17 in 1:15-cv-00544- JFB, D.I. 20 in 1:15-cv-00545- JFB, D.I. 19 in 1:15-cv-00546- JFB, D.I. 21 in 1:15-cv-00547- JFB);

WHEREAS, on March 17, 2017, this Court entered an Amended Scheduling Order, amending certain case deadlines (*See* D.I. 144 in 1:15-cv-00542-JFB, D.I. 150 in 1:15-cv-00543-JFB, D.I. 134 in 1:15-cv-00544- JFB, D.I. 167 in 1:15-cv-00545- JFB, D.I. 152 in 1:15-cv-00546- JFB, D.I. 151 in 1:15-cv-00547- JFB);

WHEREAS, on August 31, 2017, the parties filed multiple motions and cross-motions for Summary Judgment, including motions for which the briefing schedule and page limits are not explicitly provided in the Amended Scheduling Order;

WHEREAS, on August 31, 2017, each Defendant filed a brief in support of its Motion for Summary Judgment of Covenant Not to Sue with Respect to U.S. Patent No. 7,809,373, totaling 20 pages;

WHEREAS, on August 31, 2017, Apple filed a brief in support of its Motion for Summary Judgment of No Willful Infringement, totaling 10 pages, and HTC filed a brief in support of its

Motion for Summary Judgment of No Willful Infringement, No Pre-Suit Indirect Infringement, and No Pre-Suit Damages, totaling 20 pages;

WHEREAS, on September 7, 2017, the parties met and conferred regarding the briefing schedule and page limits for the remainder of the Summary Judgment phase;

ACCORDINGLY, the parties hereby stipulate and agree, subject to the approval of this Court, to the following deadlines and page limits for briefing in support of the motions the parties filed on August 31, 2017, and responsive briefing:

## A. <u>Due on October 6, 2017:</u>

1. Evolved's Opening-Answering Brief Regarding Covenant Not to Sue (40 pgs.)

2. Evolved's Opening Validity Brief (40 pgs.)

3. Evolved's Opening Breach of FRAND Brief (20 pgs.)

4. Evolved's Ownership and Standing Brief (20 pgs.)

5. Defendants' Opening Non-Infringement Brief (40 pgs.)

## B. <u>Due on November 7, 2017:</u>

1. Defendants' Answering-Reply Brief Regarding Covenant Not to Sue (30 pgs.)

2. Defendants' Answering Validity Brief (40 pgs.)

3. Defendants' Answering FRAND Briefs (20 pgs.)

4. Defendants' Answering Ownership and Standing Briefs (20 pgs.)

5. Evolved's Answering Non-Infringement Briefs (40 pgs.)

6. Evolved's Answering No Willful Infringement Brief in Response to Apple (20 pgs.)

7. Evolved's Answering No Willful Infringement, No Pre-Suit Indirect Infringement, and No Pre-Suit Damages Brief in Response to HTC (20 pgs.)

**C.  Due on December 6, 2017:**

1.  Evolved's Reply Brief Regarding Covenant Not to Sue (10 pgs.)

2.  Evolved's Reply Validity Brief (20 pgs.)

3.  Evolved's Reply FRAND Brief (10 pgs.)

4.  Evolved's Reply Ownership and Standing Brief (10 pgs.)

5.  Defendants' Reply Non-Infringement Brief (20 pgs.)

6.  Apple's Reply No Willful Infringement Brief (10 pgs.)

7.  HTC's Reply No Willful Infringement, No Pre-Suit Indirect Infringement, and No

    Pre-Suit Damages Brief (10 pgs.)

| | |
|---|---|
| Dated: September 19, 2017 | Respectfully submitted, |
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/* Brian E. Farnan | By: */s/* David E. Moore_____ |
| Brian E. Farnan (#4089) | David E. Moore (#3983) |
| Michael J. Farnan (#5165) | Bindu A. Palapura (#5370) |
| 919 North Market Street | Stephanie E. O'Byrne (#4446) |
| 12th Floor | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| (302) 777-0300 | Wilmington, DE 19801 |
| bfarnan@farnanlaw.com | (302) 984-6000 |
| mfarnan@farnanlaw.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| *Attorneys for Plaintiff* | sobyrne@potteranderson.com |
| *Evolved Wireless, LLC* | |
| | *Attorneys for Defendants Apple, Inc., Lenovo* |
| | *Group Ltd., Lenovo (United States) Inc. and* |
| | *Motorola Mobility LLC* |
| | POTTER ANDERSON & CORROON LLP |
| | By: */s/* Philip A. Rovner_____ |
| | Philip A. Rovner (#3215) |
| | Jonathan A. Choa (#5319) |
| | Hercules Plaza |

4

P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendants HTC Corporation and*
*HTC America, Inc.*

SHAW KELLER LLP

By: */s/* Andrew E. Russell_____
    John W. Shaw (#3362)
    Karen E. Keller (#4489)
    Andrew E. Russell (#5382)
    I.M. Pei Building
    1105 N. Market Street, 12th Floor
    Wilmington, DE 19801
    (302) 298-0700
    jshaw@shawkeller.com
    kkeller@shawkeller.com
    arussell@shawkeller.com

*Attorneys for Defendants Samsung Electronics Co.,*
*Ltd. and Samsung Electronics America, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

By: */s/* Kelly E. Farnan_____
    Kelly E. Farnan (#4395)
    Travis S. Hunter (#5350)
    One Rodney Square
    920 North King Street
    Wilmington, Delaware 19801
    (302) 651-7700
    farnan@rlf.com
    hunter@rlf.com

*Attorneys for Defendant ZTE (USA) Inc.*