**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>          Defendant. | C.A. No. 15–542–JFB–SRF<br><br>**FILED UNDER SEAL** |
| EVOLVED WIRELESS, LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>HTC CORPORATION and<br>HTC AMERICA, INC.,<br><br>          Defendants. | C.A. No. 15–543–JFB–SRF<br><br>**FILED UNDER SEAL** |
| EVOLVED WIRELESS, LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>MOTOROLA MOBILITY LLC,<br><br>          Defendant. | C.A. No. 15–544–JFB–SRF<br><br>**FILED UNDER SEAL** |

| | |
|---|---|
| EVOLVED WIRELESS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>　　　　　　Defendants. | C.A. No. 15–545–JFB–SRF<br><br>**FILED UNDER SEAL** |
| EVOLVED WIRELESS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZTE (USA) INC.,<br><br>　　　　　　Defendant. | C.A. No. 15–546–JFB–SRF<br><br>**FILED UNDER SEAL** |

**DECLARATION OF RYAN M. SCHULTZ IN SUPPORT EVOLVED WIRELESS'S OPPOSITION BRIEF TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. PUTNAM**

I, Ryan M. Schultz, hereby declare and state as follows:

　　1.　　I am an attorney at Robins Kaplan LLP. I have been admitted in this action pro hac vice as counsel for Plaintiff Evolved Wireless, LLC ("Evolved Wireless").

　　2.　　I submit this declaration in support of Evolved Wireless's Opposition Brief to Defendants' Motion to Exclude Testimony of Dr. Putnam.

　　3.　　Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the ETSI Directives, Version 37.

　　4.　　Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Corrected Expert Report of Jonathan D. Putnam, dated June 1, 2017.

2

5.	Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the Expert Report of Richard J. Eichmann, dated July 17, 2017, served in Case No. 15-544.

6.	Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Expert Report of Michael J. Lasinski, dated July 17, 2017, served in Case No. 15-546.

7.	Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the August 14, 2017 deposition of Jonathan D. Putnam, taken in Case No. 15-543.

8.	Attached hereto as **Exhibit 6** is a true and correct copy of the article Forward citation Analysis as a Means to Apportion Relative Value in Patent Infringement Cases by Richard Eichmann.

9.	Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the transcript of the August 11, 2017 deposition of Jonathan D. Putnam, taken in Case No. 15-546.

10.	Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from Infringement Report of Dr. Todor Cooklev, dated May 22, 2017.

11.	Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the August 18, 2017 deposition of Jonathan D. Putnam, taken in Case No. 15-544.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 12, 2018         /s/ *Ryan M. Schultz*

                                Ryan M. Schultz