**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-542-JFB-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-543-JFB-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HTC CORPORATION, and HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-544-JFB-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| MOTOROLA MOBILITY LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-545-JFB-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-546-JFB-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| ZTE (USA) INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 15-547-JFB-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| MICROSOFT CORPORATION, MICROSOFT MOBILE OY and NOKIA INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION TO STRIKE EVOLVED'S**
**UNTIMELY DECLARATION OF YOUNGHAN SONG**

Pursuant to Federal Rule of Civil Procedure 37, Defendants Apple Inc., HTC Corporation, HTC America, Inc., Lenovo (United States) Inc., Motorola Mobility LLC, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., ZTE (USA) Inc., Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.) (collectively, "Defendants") move for strike the Declaration of Younghan Song, filed by Evolved Wireless, LLC in support of its Opening Brief in Support of its Motion for Summary Judgment regarding Defendants' Affirmative Defenses of License, Covenant Not to Sue, and Exhaustion (15-cv-542, D.I. 346). The grounds for this motion will be fully set forth in Defendants' Opening Brief in Support of Their Motion to Strike Evolved's Untimely Declaration of Younghan Song, filed concurrently herewith. The parties conferred pursuant to D. Del. LR 7.1.1, and Evolved will oppose this motion.

2

| | |
|---|---|
| OF COUNSEL:<br><br>Michael D. Jay<br>Bill Ward, Ph.D.<br>Nandan R. Padmanabhan<br>Micol Small<br>Martin Ellison<br>BOIES, SCHILLER & FLEXNER LLP<br>401 Wilshire Blvd., Suite 850<br>Santa Monica, CA 90401<br>Tel:  (310) 752-2400<br><br>Steven Holtzman<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Tel:  (510) 874 1000 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Bindu A. Palapura*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Stephanie E. O'Byrne (#4446)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE  19801<br>   Tel:  (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   sobyrne@potteranderson.com<br><br>*Counsel for Defendant Apple Inc.* |
| OF COUNSEL:<br><br>Stephen S. Korniczky<br>Martin R. Bader<br>Ericka J. Schulz<br>Kayla Page<br>SHEPPARD, MULLIN, RICHTER &<br>   HAMPTON, LLP<br>12275 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Tel:  (858) 720-8900 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Philip A. Rovner*<br>   Philip A. Rovner (#3215)<br>   Jonathan A. Choa (#5319)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE  19801<br>   Tel:  (302) 984-6000<br>   provner@potteranderson.com<br>   jchoa@potteranderson.com<br><br>*Counsel for Defendants HTC Corporation and HTC America, Inc.* |

OF COUNSEL:

Mitchell G. Stockwell
Richard W. Goldstucker
Shayne E. O'Reilly
KILPATRICK TOWNSEND AND STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
Tel:  (404) 815-6500

Taylor H. Ludlam
KILPATRICK TOWNSEND AND STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC  27609
Tel:  (919) 420-1700

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
  David E. Moore (#3983)
  Bindu A. Palapura (#5370)
  Stephanie E. O'Byrne (#4446)
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, DE 19801
  Tel:  (302) 984-6000
  dmoore@potteranderson.com
  bpalapura@potteranderson.com
  sobyrne@potteranderson.com

*Attorneys for Defendant Motorola Mobility LLC*

OF COUNSEL:

Kevin P.B. Johnson
Victoria F. Maroulis
Todd M. Briggs
Charles M. Stiernberg
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel:  (650) 801-5100

SHAW KELLER LLP

By:  */s/ Andrew E. Russell*
  John W. Shaw (#3362)
  Karen E. Keller (#4489)
  Andrew E. Russell (#5382)
  Nathan R. Hoeschen (#6232)
  I.M. Pei Building
  1105 N. Market Street, 12th Floor
  Wilmington, DE 19801
  Tel:  (302) 298-0700
  jshaw@shawkeller.com
  kkeller@shawkeller.com
  arussell@shawkeller.com
  nhoeschen@shawkeller.com

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

| | |
|---|---|
| OF COUNSEL:<br><br>Jay H. Reiziss<br>Natalie A. Bennett<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, N.W.<br>Washington, DC 20001<br>Tel: (202) 756-8000<br><br>Charles M. McMahon<br>Hersh H. Mehta<br>MCDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>Tel: (312) 372-2000 | RICHARDS, LAYTON & FINGER, P.A.<br><br>By: */s/ Travis S. Hunter*<br>    Kelly E. Farnan (#4395)<br>    Travis S. Hunter (#5350)<br>    920 N. King Street<br>    Wilmington, Delaware 19801<br>    Tel: (302) 651-7700<br>    farnan@rlf.com<br>    hunter@rlf.com<br><br>*Counsel for Defendant ZTE (USA) Inc.* |
| OF COUNSEL:<br><br>Richard A. Cederoth<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Tel: (312) 853-7000<br><br>Ellen S. Robbins<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013<br>Tel: (213) 896-6000<br><br>Joseph A. Micallef<br>Anna M. Weinberg<br>Wonjoo Suh<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 736-8000<br><br>Dated: March 16, 2018<br>5680019/ (42622/42637) | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>By: */s/ Rodger D. Smith II*<br>    Rodger D. Smith II (#3778)<br>    Jeremy A. Tigan (#5239)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19801<br>    Tel: (302) 658-9200<br>    rsmith@mnat.com<br>    jtigan@mnat.com<br><br>*Counsel for Defendants Microsoft Corporation, Microsoft Mobile Oy, and Microsoft Mobile Inc. (f/k/a Nokia Inc.)* |