IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC,                   Plaintiff,         V. APPLE INC.,                   Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 15-542-JFB-SRF |
| EVOLVED WIRELESS, LLC,                   Plaintiff,         V. HTC CORPORATION and HTC AMERJCA, INC.,                   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 15-543-JFB-SRF |
| EVOLVED WIRELESS, LLC,                   Plaintiff,         V. LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., and MOTOROLA MOBILITY,                   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 15-544-JFB-SRF |

| | |
|---|---|
| EVOLVED WIRELESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>SAMSUNG ELECTRONICS CO., LTD. )<br>and SAMSUNG ELECTRONICS )<br>AMERICA, INC. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 15-545-JFB-SRF |
| EVOLVED WIRELESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>ZTE (USA) INC., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 15-546-JFB-SRF |
| EVOLVED WIRELESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>MICROSOFT CORPORATION, )<br>MICROSOFT MOBILE OY and )<br>NOKIA INC., )<br>)<br>Defendants. ) | Civil Action No. 15-547-JFB-SRF |

MEMORANDUM AND ORDER

This matter is before the Court on its own motion for docket control purposes. Pursuant to the Memorandum and Order dated February 21, 2019 in *Evolved Wireless, LLC v. Apple, Inc.*, No. 1:15cv542 (D.I. 468).

IT IS ORDERED that the following motions in the related cases are denied without prejudice to reassertion: D.I. 360 in *Evolved Wireless, LLC v. HTC Corp. and HTC America, Inc.*, Case No. 1:15cv543; D.I. 325 in *Evolved v. Lenovo Corp. and Motorola Mobility, LLC*, Case No. 1:15cv544; D.I. 365 in *Evolved v. Samsung Elecs. Co., Samsung Elecs. America, Inc.*, Case No.1:15cv545; D.I. 327 in *Evolved v. ZTE (USA) Corp.*, Case No. 1:15cv546; and D.I. 345 in *Evolved v. Microsoft Corp.*, Case No. 1:15cv547.

IT IS FURTHER ORDERED, pursuant to the Court's Memorandum and Order dated March 13, 2019 (D.I. 498 at 3 n.2), defendant ZTE's (Sealed) Motion to Strike Lump Sum Opinion of Plaintiff's Damages Expert (D.I. 254 in *Evolved v. ZTE (USA) Corp.*, Case No. 1:15cv546) is denied.

DATED this 28th day of March, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge