**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 15-00543–JFB-SRF |
| HTC CORPORATION and HTC AMERICA, INC., | ) ) ) ) | |
| Defendants. | ) | |
| EVOLVED WIRELESS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 15-00546–JFB-SRF |
| ZTE (USA) INC., | ) ) ) | |
| Defendants. | ) ) | |
| EVOLVED WIRELESS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 15-00547–JFB-SRF |
| MICROSOFT CORPORATION, MICROSOFT MOBILE OY and MICROSOFT MOBILE INC. (f/k/a NOKIA INC.), | ) ) ) ) ) | |
| Defendants. | ) | |

**<u>JOINT STIPULATION REGARDING POST-TRIAL MOTIONS</u>**

WHEREAS, on December 4, 2019, the Court granted the motion for summary judgment of patent exhaustion and license filed by defendants HTC Corporation, HTC America, Inc. ("HTC"), ZTE (USA), Inc. ("ZTE") and Microsoft Corporation, Microsoft Mobile OY, and

Microsoft Mobile Inc. ("Microsoft"), and wherein the Court entered judgment in favor of HTC, ZTE, and Microsoft, and dismissed all three cases.

WHEREAS, motions to determine whether this case is exceptional, and for attorneys' fees, costs, expenses, and interest are due on December 18, 2019 for HTC, ZTE and Microsoft under Fed. R. Civ. P. 54(d), 35 U.S.C. § 285, and 28 U.S.C. § 1927.

WHEREAS, the parties will conserve resources if the deadline for filing these motions is stayed until after appeals are final in all related Evolved Wireless, LLC cases.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Defendants HTC, ZTE, and Microsoft to file a motion for exceptional case, attorneys' fees, costs, expenses, and interest under Fed. R. Civ. P. 54(d), 35 U.S.C. § 285, and 28 U.S.C. § 1927, shall be STAYED until thirty (30 days) after all appeals in the related cases have been exhausted and the case is remanded to this Court.

| FARNAN LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
|---|---|
| By: */s/ Brian E. Farnan*<br>Brian E. Farnan (No. 4089)<br>Michael J. Farnan (No. 5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com | By: */s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (No. 110)<br>David A. Bilson (No. 4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com |
| *Attorneys for Plaintiff Evolved Wireless, LLC* | *Attorneys for Plaintiff Evolved Wireless, LLC* |

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (No. 3215)<br>    Jonathan A. Choa (No. 5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com | By: */s/ Rodger D. Smith II*<br>    Rodger D. Smith II (No. 3778)<br>    Jeremy A. Tigan (No. 5239)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19801<br>    (302) 658-9200<br>    rsmith@mnat.com<br>    mflynn@mnat.com |
| *Attorneys for Defendants HTC Corporation and HTC America, Inc.* | *Attorneys for Defendants Microsoft Corporation, Microsoft Mobile OY, and Microsoft Mobile, Inc. (f/k/a Nokia, Inc.)* |

RICHARDS LAYTON & FINGER, P.A.

By: */s/ Travis S. Hunter*
    Travis S. Hunter (No. 5350)
    One Rodney Square
    920 North King Street
    Wilmington, DE 19801
    (302) 651-7700
    hunter@rlf.com

*Attorneys for Defendant ZTE (USA) Inc.*

Dated:  December 17, 2019


             SO ORDERED this _____ day of _____, 2019



                                           _____
                                                  United States District Judge