**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 15-00542-JFB-SRF |
| v. | ) | |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15–00543–JFB-SRF |
| | ) | |
| HTC CORPORATION and | ) | |
| HTC AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 15-544-JFB-SRF |
| v. | ) | |
| | ) | |
| MOTOROLA MOBILITY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| EVOLVED WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 15–00545–JFB-SRF |
| SAMSUNG ELECTRONICS CO., LTD. and | ) | |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| EVOLVED WIRELESS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15–00546–JFB-SRF |
| | ) |
| ZTE (USA) INC., | ) |
| | ) |
| Defendants. | ) |
| EVOLVED WIRELESS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 15–00547–JFB-SRF |
| MICROSOFT CORPORATION, | ) |
| MICROSOFT MOBILE OY and | ) |
| MICROSOFT MOBILE INC. (f/k/a NOKIA | ) |
| INC.), | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME TO FILE MOTION TO REDACT TRANSCRIPT OF
SEPTEMBER 13, 2019 HEARING**

WHEREAS, on December 6, 2019, Plaintiff informed Defendants that it believed the

September 13, 2019 hearing transcript contained Evolved Wireless confidential information, and

that it was working on providing the redaction citations to Defendants; and

WHEREAS, the parties are working together, and with third party Qualcomm, Inc., to

determine the proper scope of redactions, and in order to reduce the number of disputes

regarding such redactions for the Court to review;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Evolved

Wireless LLC, and defendants Apple, Inc. ("Apple"); HTC Corporation, HTC America, Inc.

("HTC"), Motorola Mobility LLC ("Motorola"); Samsung Electronics Co., Ltd. Samsung

Electronics America, Inc. ("Samsung"), ZTE (USA), Inc. ("ZTE") Microsoft Corporation,

Microsoft Mobile OY, and Microsoft Mobile Inc. ("Microsoft"), subject to the approval of this

Court, that the time for the parties to file a motion to redact portions of the sealed transcript of the September 13, 2019 motions hearing (D.I. 549 in C.A. No. 15-00542-JFB-SRF; D.I. 436 in C.A. No. 15-00543-JFB-SRF; D.I. 398 in 15-00544-JFB-SRF; D.I. 481 in 15-00545-JFB-SRF; D.I. 401 in C.A. No. 15-00546-JFB-SRF; and D.I. 419 in C.A. No. 15-00547-JFB-SRF) (*see* D.I. 551 in C.A. No. 15-00542-JFB-SRF; D.I. 439 in C.A. No. 15-00543-JFB-SRF; D.I. 401 in 15-00544-JFB-SRF; D.I. 484 in 15-00545-JFB-SRF; D.I. 404 in C.A. No. 15-00546-JFB-SRF; and D.I. 422 in C.A. No. 15-00547-JFB-SRF, Defendants' Notice of Intent to Request Redaction), is hereby extended to December 23, 2019.

FARNAN LLP

By: */s/ Brian E. Farnan*
    Brian E. Farnan (No. 4089)
    Michael J. Farnan (No. 5165)
    919 N. Market Street, 12th Floor
    Wilmington, DE 19801
    (302) 777-0300
    bfarnan@farnanlaw.com

*Attorneys for Plaintiff Evolved Wireless, LLC*

PHILLIPS, GOLDMAN, MCLAUGHLIN &
  HALL, P.A.

By: */s/ John C. Phillips, Jr.*
    John C. Phillips, Jr. (No. 110)
    David A. Bilson (No. 4986)
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200
    jcp@pgmhlaw.com

*Attorneys for Plaintiff Evolved Wireless, LLC*

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
    Philip A. Rovner (No. 3215)
    Jonathan A. Choa (No. 5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendants HTC Corporation
and HTC America, Inc.*

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

By: */s/ Rodger D. Smith II*
    Rodger D. Smith II (No. 3778)
    Jeremy A. Tigan (No. 5239)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19801
    (302) 658-9200
    rsmith@mnat.com
    mflynn@mnat.com

*Attorneys for Defendants Microsoft
Corporation, Microsoft Mobile OY, and
Microsoft Mobile, Inc. (f/k/a Nokia, Inc.)*

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore ( No. 3983)
    Bindu A. Palapura (No. 5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Attorneys for Defendant Apple, Inc.*

RICHARDS LAYTON & FINGER, P.A.

By: */s/ Kelly E. Farnan*
    Kelly E. Farnan (No. 4395)
    Travis S. Hunter (No. 5350)
    One Rodney Square
    920 North King Street
    Wilmington, DE 19801
    (302) 651-7700
    farnan@rlf.com
    hunter@rlf.com

*Attorneys for Defendant ZTE (USA) Inc.*

SHAW KELLER LLP

By: */s/ Andrew E. Russell*
    John W. Shaw (No. 3362)
    Karen E. Keller (No. 4489)
    Andrew E. Russell (No. 5382)
    Nathan R. Hoeschen (No. 6232)
    I.M. Pei Building
    1105 N. Market Street, 12th Floor
    Wilmington, DE 19801
    Tel:  (302) 298-0700
    jshaw@shawkeller.com
    kkeller@shawkeller.com
    arussell@shawkeller.com
    nhoeschen@shawkeller.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

Dated: December 17, 2019
6514627

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore ( No. 3983)
    Bindu A. Palapura (No. 5370)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    sobyrne@potteranderson.com

*Attorneys for Defendant Motorola Mobility LLC*


SO ORDERED this _____ day of _____, 2019


_____
United States District Judge